Case 2:25-cv-00077   Document 18   Filed on 08/11/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERNEST OLIVAREZ, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00077 |
| WARDEN, S.C.P. THREE RIVERS, | § § § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation (M&R). (D.E. 14). The M&R recommends that the Court dismiss this action without prejudice as moot and deny Respondent's motion for summary judgment as moot. *Id.* at 4.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 14). Accordingly,

---

[1] Petitioner's mail was returned as undeliverable. (D.E. 17). As a party, Petitioner is required to keep the Court apprised of his current address at all times and has failed to do so. LOCAL RULE 83.4; *see also Martinez-Reyes v. United States*, No. 7:12-CR-1787-1, 2016 WL 8740494, at *4 (S.D. Tex. Oct. 10, 2016) (Ormsby, Mag. J.) (collecting cases), *adopted*, No. CR M-12-1787-1, 2017 WL 1409315 (S.D. Tex. Apr. 20, 2017) (Crane, J.).

Petitioner's Section 2241 habeas action is **DISMISSED without prejudice as moot**, (D.E. 1), and Respondent's motion for summary judgment is **DENIED as moot**, (D.E. 13). A final judgment will issue separately.

    SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    August __11th__, 2025